**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

**Plaintiff**

**v.** **Civil No. 4:26-cv-610**

**APPROXIMATELY $4,164,807.00 SEIZED FROM TRUIST BANK ACCOUNT NUMBER ENDING IN 4147 IN THE NAME OF FLORIDA COMMERCE CSP NOVOMAR, INC.**

**Defendant**

________________________________________/

## MOTION TO SEAL AFFIDAVIT

COMES NOW Plaintiff, the United States of America, by and through the undersigned Assistant United States Attorney and files this Motion to Seal the Affidavit and states as follows:

1. The United States of America is filing a Verified Complaint for Forfeiture in *Rem* against

   a. Approximately $4,164,807.00 that was seized from Truist Bank Account Number ending in 4147 in the name of Florida Commerce CSP Novomar, Inc. (hereinafter "Defendant Funds").

2. To file the Verified Complaint for Forfeiture *In Rem*, an affidavit has to be attached to the Complaint.

3. The affidavit reveals information about an ongoing criminal investigation. Revealing the information contained in the affidavit could compromise the investigation by notifying those involved of the scope of the government's investigation, and giving them a chance to destroy evidence, dissipate funds, and flee.

4. Accordingly, the United States of America requests that the affidavit be sealed pending the conclusion of the criminal investigation.

WHEREFORE, the undersigned respectfully requests that the affidavit attached to the Verified Complaint for Forfeiture *In Rem* be sealed until conclusion of the criminal investigation.

Dated this 18th day of November, 2026.

Respectfully submitted,

JOHN P. HEEKIN
United States Attorney

*/s/ Winifred L. Acosta*
WINIFRED L. ACOSTA
Assistant United States Attorney
Northern District of Florida
Florida Bar No. 0076333
111 North Adams Street, Fourth Floor
Tallahassee, FL 32301
(850) 942-8430
Winifred.Acosta@usdoj.gov